USDC SCAN INDEX SHEET










```
JAH     3/14/06    12:49
3:05-CV-02341    HILTON V. MATRIXX INITATIVES
*6*
*NTCCSDISM.*
```

/30&9

CHARLES F. PREUSS (State Bar No. 45783)
ALAN J. LAZARUS (State Bar No. 129767)
CRAIG E. DAVIS (State Bar No. 221356)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
MATRIXX INITIATIVES, INC., ZICAM, LLC,
KROGER TEXAS, L.P., and THE KROGER CO.

FILED
06 MAR 14 AM 10: 19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| HEATHER HILTON,<br><br>Plaintiff,<br><br>v.<br><br>MATRIXX INITIATIVES, INC., ZICAM, LLC, BOTANICAL LABORATORIES, INC., KROGER TEXAS, L.P., and THE KROGER CO.,<br><br>Defendants. | Case No. 05CV 2341 IEG<br>(Related to Case No. 4-04CV-519-Y pending in U.S. District Court, Northern District of Texas, Fort Worth Division)<br><br>**VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE THAT MATRIXX INITIATIVES, INC. ("Matrixx"), and ZICAM, LLC ("Zicam"), through their designated counsel, hereby voluntarily dismiss the above-captioned action without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). This action was opened by Matrixx and Zicam solely for purposes of moving to compel compliance with a subpoena issued by this court to non-party Nicholas Applegate Capital Management, which is located in San Diego, California. The motion was set for hearing on March 27, 2006 at 10:00 a.m. in Courtroom B, the Honorable Magistrate Judge Ruben B. Brooks to preside, but is no longer necessary. This matter is related to an action still currently pending in the United States District Court for the Northern District of Texas, Fort Worth Division. This

ENTERED ON 3/14/06

ORIGINAL

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\366567\1

VOLUNTARY DISMISSAL BY MATRIXX INITIATIVES, INC., AND ZICAM, LLC    CASE NO. 05CV 2341 IEG

1  dismissal has no effect on the action in Texas.

2

3  Dated: March 13, 2006                    DRINKER BIDDLE & REATH LLP

4                                           _____
                                            CHARLES F. PREUSS
5                                           ALAN J. LAZARUS
                                            CRAIG E. DAVIS
6

7                                           Attorneys for Defendants
                                            MATRIXX INITIATIVES, INC., ZICAM,
8                                           LLC, KROGER TEXAS, L.P., and THE
                                            KROGER CO.

# CERTIFICATE OF SERVICE

I, Michelle Sankey, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On March 13, 2006, I caused to be served the following document(s):

**VOLUNTARY DISMISSAL**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 13, 2006 at San Francisco, California.

_____
MICHELLE SANKEY

## SERVICE LIST

Seth M. Anderson
STEPHENS & ANDERSON
4200 W. Vickery Boulevard
Fort Worth, TX 76107-6498
Telephone: 817-920-9000
Facsimile: 817-920-9016

*Attorneys for Plaintiff*
*HEATHER HILTON*

Edward D. Chapin
CHAPIN WHEELER LLP
600 West Broadway
Suite 700
San Diego, CA 92101-8217
Telephone: 619-241-4810
Facsimile: 619-955-5318

*Attorneys for NICHOLAS-*
*APPLEGATE CAPITAL*
*MANAGEMENT*

Michael R. Berry
Jessica B. Young
THOMPSON & KNIGHT LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201-4639
Telephone: 214-969-1299
Facsimile: 214-880-3258

Jennifer P. Henry
THOMPSON & KNIGHT LLP
801 Cherry Street, Unit 1 Burnett Plaza
Suite 1600
Fort Worth, TX 76102-6881
Telephone: 817-347-1733
Facsimile: 214-999-1616

*Attorneys for MATRIXX INITIATIVES,*
*INC., ZICAM, LLC, THE KROGER CO.,*
*AND KROGER TEXAS L.P.*